B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Kedzie Project, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**32-0059761** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1657 West Cortland Avenue**<br>**Chicago, IL**<br>ZIP Code **60622** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **801 - 805 Chicago Ave/525 - 535 North Kedzie Street**<br>**Evanston, IL** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **The Kedzie Project, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Kedzie Project, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

 **Gregory K. Stern  6183380**
Printed Name of Attorney for Debtor(s)

 **Gregory K. Stern, P.C.**
Firm Name

 **53 West Jackson Boulevard**
 **Suite 1442**
 **Chicago, IL 60604**

Address

 **(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

 **December  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Neil Ornoff**
Signature of Authorized Individual

 **Neil Ornoff**
Printed Name of Authorized Individual

 **Managing Member**
Title of Authorized Individual

 **December  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   The Kedzie Project, LLC
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alliance Fire Protection, Inc.<br>998 Forest Edge Drive<br>Vernon Hills, IL 60061 | Alliance Fire Protection, Inc.<br>998 Forest Edge Drive<br>Vernon Hills, IL 60061 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 43,911.54 (7,500,000.00 secured) (11,800,105.08 senior lien) |
| Arcadia Residential, Inc.<br>650 Anthony Trail<br>Suite E<br>Northbrook, IL 60062 | Arcadia Residential, Inc.<br>650 Anthony Trail<br>Suite E<br>Northbrook, IL 60062 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 17,759.00 (7,500,000.00 secured) (12,869,102.60 senior lien) |
| Coldwell Banker<br>640 Vernon Avenue<br>Glencoe, IL 60022 | Coldwell Banker<br>640 Vernon Avenue<br>Glencoe, IL 60022 | Services | | 21,322.00 |
| Contractors Lien Services, Inc.<br>6315 North Milwaukee Avenue<br>Chicago, IL 60646 | Contractors Lien Services, Inc.<br>6315 North Milwaukee Avenue<br>Chicago, IL 60646 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 160,518.29 (7,500,000.00 secured) (11,844,016.62 senior lien) |
| D & M Real Estate Services, Inc.<br>446 East 46th Place<br>Suite 300-A<br>Chicago, IL 60653 | D & M Real Estate Services, Inc.<br>446 East 46th Place<br>Suite 300-A<br>Chicago, IL 60653 | Trade Debt | | 42,900.00 |
| DeGraf Concrete Construction, Inc.<br>300 Alderman Avenue<br>Wheeling, IL 60090 | DeGraf Concrete Construction, Inc.<br>300 Alderman Avenue<br>Wheeling, IL 60090 | Trade Debt | | 70,580.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Kedzie Project, LLC    Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Eddie Z's<br>One Raquel Way<br>Hodgkins, IL 60525 | Eddie Z's<br>One Raquel Way<br>Hodgkins, IL 60525 | Services | | 41,370.00 |
| Erickson Decorating Products, Inc.<br>6040 North Pulaski Road<br>Chicago, IL 60646 | Erickson Decorating Products, Inc.<br>6040 North Pulaski Road<br>Chicago, IL 60646 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 40,546.56<br>(7,500,000.00 secured)<br>(12,945,036.60 senior lien) |
| Ferguson Enterprises, Inc.<br>191 Mitchell Court<br>B12<br>Addison, IL 60101 | Ferguson Enterprises, Inc.<br>191 Mitchell Court<br>B12<br>Addison, IL 60101 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 393,330.44<br>(7,500,000.00 secured)<br>(12,420,609.16 senior lien) |
| First Chicago Bank & Trust<br>4343 North Elston Avenue<br>Chicago, IL 60641 | First Chicago Bank & Trust<br>4343 North Elston Avenue<br>Chicago, IL 60641 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Unliquidated<br>Disputed | 11,800,105.08<br><br>(7,500,000.00 secured) |
| Granite Dezigns of Illinois Corp.<br>6220 South England<br>Chicago, IL 60638 | Granite Dezigns of Illinois Corp.<br>6220 South England<br>Chicago, IL 60638 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 42,440.00<br>(7,500,000.00 secured)<br>(12,820,489.60 senior lien) |
| HG Contracting Services, Inc.<br>9506 Loell Avenue<br>Skokie, IL 60076 | HG Contracting Services, Inc.<br>9506 Loell Avenue<br>Skokie, IL 60076 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 337,000.00<br>(7,500,000.00 secured)<br>(12,016,534.91 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re  The Kedzie Project, LLC  
              Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jerry Ryce Masonry Co., Inc.<br>3801 South Archer<br>Chicago, IL 60632 | Jerry Ryce Masonry Co., Inc.<br>3801 South Archer<br>Chicago, IL 60632 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 60,010.00<br>(7,500,000.00 secured)<br>(12,360,599.16 senior lien) |
| M. Cooper Cabinet Company LLC<br>8605 Spring Lake Drive<br>Mokena, IL 60448 | M. Cooper Cabinet Company LLC<br>8605 Spring Lake Drive<br>Mokena, IL 60448 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 55,244.99<br>(7,500,000.00 secured)<br>(12,985,583.16 senior lien) |
| Mauro Sewer Construction, Inc.<br>1251 Redeker Road<br>Des Plaines, IL 60016 | Mauro Sewer Construction, Inc.<br>1251 Redeker Road<br>Des Plaines, IL 60016 | Proposal | | 59,650.16 |
| Neil Ornoff<br>525 Kedzie Street<br>Unit 601<br>Evanston, IL 60202 | Neil Ornoff<br>525 Kedzie Street<br>Unit 601<br>Evanston, IL 60202 | Loans | | 700,000.00 |
| Pappageorge Haymes<br>640 North LaSalle Street<br>Suite 400<br>Chicago, IL 60654 | Pappageorge Haymes<br>640 North LaSalle Street<br>Suite 400<br>Chicago, IL 60654 | Services | Disputed | 520,824.87 |
| Quaker Window Products Co.<br>504 South Highway 63<br>Freeburg, MO 65035 | Quaker Window Products Co.<br>504 South Highway 63<br>Freeburg, MO 65035 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 12,000.00<br>(7,500,000.00 secured)<br>(12,004,534.91 senior lien) |
| Stair One, Inc.<br>901 Tisbury Lane<br>Lake Forest, IL 60045 | Stair One, Inc.<br>901 Tisbury Lane<br>Lake Forest, IL 60045 | 801 - 805 Chicago Avenue and 525 - 535 North Kedzie Street, Evanston, Illinois - 20 Unit Residential and Commercial Unit Property | Disputed | 58,175.00<br>(7,500,000.00 secured)<br>(12,886,861.60 senior lien) |
| Steven Ornoff<br>645 Wheeling<br>Wheeling, IL 60090 | Steven Ornoff<br>645 Wheeling<br>Wheeling, IL 60090 | Loans | | 1,700,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Kedzie Project, LLC                                          Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 2, 2009                       Signature  /s/ Neil Ornoff
                                                        Neil Ornoff
                                                        Managing Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re   **The Kedzie Project, LLC**                              ,   Case No. _____

Debtor

Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neil Ornoff**<br>**525 Kedzie Street**<br>**Unit 601**<br>**Evanston, IL 60202** | | | **100% Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 2, 2009**                          Signature  **/s/ Neil Ornoff**

**Neil Ornoff**
**Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

ABC Supply Co., Inc.
930 South Lake Street
Mundelein, IL 60060


ADT Security Services, Inc.
14200 E Exposition Avenue
Aurora, CO 80012-2540


Alliance Fire Protection, Inc.
998 Forest Edge Drive
Vernon Hills, IL 60061


Arcadia Residential, Inc.
650 Anthony Trail
Suite E
Northbrook, IL 60062


Asset Acceptance Corp.
P.O. Box 2036
Warren, MI 48090-2036


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


BEC Electrical Co, Inc.
PO Box 268948
Chicago, IL 60626


Bronson & Kahn LLC
150 North Wacker Drive
Suite 1400
Chicago, IL 60606


Christopher A. Hansen
6225 North Milwaukee Avenue
Chicago, IL 60646


Cobra Concrete Cutting Services
2416 E. Oakton
Arlington Heights, IL 60005


Coldwell Banker
640 Vernon Avenue
Glencoe, IL 60022

```
Commonwealth Edison
P.O. Box 767
Chicago, IL 60690-0767


Contractors Lien Services, Inc.
6315 North Milwaukee Avenue
Chicago, IL 60646


D & M Real Estate Services, Inc.
446 East 46th Place
Suite 300-A
Chicago, IL 60653


DeGraf Concrete Construction, Inc.
300 Alderman Avenue
Wheeling, IL 60090


Eddie Z's
One Raquel Way
Hodgkins, IL 60525


Erickson Decorating Products, Inc.
6040 North Pulaski Road
Chicago, IL 60646


Ferguson Enterprises, Inc.
191 Mitchell Court
B12
Addison, IL 60101


Fidelity National Credit Services, Ltd.
2421 North Glassell Street
PO Box 3051
Orange, CA 92857


First American Title Insurance Company



First Chicago Bank &  Trust
4343 North Elston Avenue
Chicago, IL 60641
```

Fuchs & Roselli, Ltd
440 West Randolph Street
Suite 500
Chicago, IL 60606


Gerald W. Saperstein
555 Skokie Boulevard
#500
Northbrook, IL 60062


Gilco Scaffolding Company, LLC
515 Jarvis
Des Plaines, IL 60018


Granite Dezigns of Illinois Corp.
6220 South England
Chicago, IL 60638


Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601


HG Contracting Services, Inc.
9506 Loell Avenue
Skokie, IL 60076


Home By Ray & Sons
796 South Buffalo Grove Road
Buffalo Grove, IL 60089


IG Consulting, Inc.
300 Marquardt Drive
Wheeling, IL 60090


Insulate Glass Co., Inc.
100 South Fourth Street
Suite 500
Saint Louis, MO 63102-1822


Insulate Glass Co., Inc.
700 West Frontier Circle
Olathe, KS 66061

```
ITI Glass, Inc.
4747 North Webb Road
Wichita, KS 67226-8153


Jerry Ryce Masonry Co., Inc.
3801 South Archer
Chicago, IL 60632


Gary Kass
Kass Management Services
2000 North Racine
Chicago, IL 60614


Kerkstra Precast, Inc.
3373 Busch Drive SW
Grandville, MI 49418


Krasnow Saunders Cornbalth LLP
attn: Emily V. Wolf
500 North Dearborn Street
2d Floor
Chicago, IL 60654


LakeShore Waste Services LLC
4808 West Wilson Avenue
Chicago, IL 60630


M. Cooper Cabinet Company LLC
8605 Spring Lake Drive
Mokena, IL 60448


Marshall Electric Supply Co.
7400 North Western Avenue
Chicago, IL 60645


Master Mechanical, Inc.
373 Oakmont Drive
Cary, IL 60013


Mauro Sewer Construction, Inc.
1251 Redeker Road
Des Plaines, IL 60016
```

```
MRH Construction, Inc.
5115 South Mozart
Chicago, IL 60632


Murphy Lomon & Associates
P.O. Box 2206
Des Plaines, IL 60017-2206


National Construction Rentals
1894 Plain Avenue
Aurora, IL 60504-8560


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044


Neil Ornoff
525 Kedzie Street
Unit 601
Evanston, IL 60202


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Offices of Pittacora & Crotty, LLC
1928 West Fulton
Suite 201
Chicago, IL 60612


Otis
North American Area
949 Oak Creek Drive
Lombard, IL 60148


Pappageorge Haymes
640 North LaSalle Street
Suite 400
Chicago, IL 60654


Peter L. Marx
7104 West Addison
Chicago, IL 60634
```

```
Polsinelli Shughart PC
180 North Stetson Avenue
Suite 4525
Chicago, IL 60601


Prime Coat Coating Systems
405 Oakwood Avenue
Waukegan, IL 60085


Quaker Window Products Co.
504 South Highway 63
Freeburg, MO 65035


Receivable Management Services
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Safeway
OS 490
Route 83
Villa Park, IL 60181


Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406


Shrew Design, Inc.


Stair One, Inc.
901 Tisbury Lane
Lake Forest, IL 60045


Stead Sheet Metal, Inc.
4452 North Austin
Chicago, IL 60630


Steven Ornoff
645 Wheeling
Wheeling, IL 60090
```

Teller Levit & Silvertrust, P.C.
11 East Adams Street
8th Floor
Chicago, IL 60603


The Private Bank
70 West Madison
Suite 200
Chicago, IL 60602


Thompson Coburn Fagel Haber
55 East Monroe Street
Suite 4000
Chicago, IL 60603


Thyssenkrupp Safeway, Inc.
O.S. 490 Route 83
Villa Park, IL 60181


Transworld Systems, Inc.
Collection Agency
1375 East Woodfield Road
#110
Schaumburg, IL 60173